**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: 1SOLTECH, INC. | § | Case No. 14-42187 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Mark A Weisbart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $272,631.24 *(without deducting any secured claims)* | | Assets Exempt: N/A |
| Total Distribution to Claimants: $234,188.45 | | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $296,607.49 | | |

3) Total gross receipts of $530,795.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $530,795.94 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 529,325.54 | 228,986.18 | 225,308.31 | 225,308.31 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 269,885.59 | 270,741.98 | 263,734.05 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 195,489.66 | 173,604.95 | 32,873.44 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 146,576.06 | 143,193.13 | 143,193.13 | 8,880.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,176,569.97 | 14,442,843.85 | 13,638,070.85 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$2,852,471.57** | **$15,280,398.41** | **$14,450,919.22** | **$530,795.94** |

     4) This case was originally filed under Chapter 11 on 10/13/2014 and it was converted to Chapter 7 on 04/30/2015. The case was pending for 71 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2021            By: /s/ Mark A Weisbart
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. Accounts Receivable | 1121-000 | 349.57 |
| AntiDumping Refund from Customs Border Protection | 1229-000 | 1,865.76 |
| Exhibit B-30 Equipment List | 1229-000 | 502,000.00 |
| Funds from Chapter 11 Case | 1229-000 | 2,845.93 |
| Remnant Assets | 1229-000 | 5,000.00 |
| Litigation Claims | 1241-000 | 16,234.68 |
| GoDaddy Litigation Settlement | 1249-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$530,795.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark A. Weisbart | Deposit for Sale of Assets | 8500-002 | -20,000.00 |
| Vasari Energy | Refund of Deposit | 8500-002 | 20,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Financial Services | 4210-000 | 11,591.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota Financial Services | 4210-000 | 11,581.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota Motor Credit Corporation | 4210-000 | 2,104.50 | 0.00 | 0.00 | 0.00 |
| 4A | Internal Revenue Service | 4300-000 | 504,049.04 | 92,000.00 | 92,000.00 | 92,000.00 |
| 18 | Valwood Improvement Authority | 4700-000 | 0.00 | 3,677.87 | 0.00 | 0.00 |
| 2 | VALWOOD IMPROVEMENT AUTHORITY | 4800-000 | 0.00 | 19,168.46 | 19,168.46 | 19,168.46 |
| 3 | DALLAS COUNTY | 4800-000 | 0.00 | 82,893.22 | 82,893.22 | 82,893.22 |
| 13 | CARROLLTON-FARMERS BRANCH ISD | 4800-000 | 0.00 | 31,246.63 | 31,246.63 | 31,246.63 |
| **TOTAL SECURED CLAIMS** | | | **$529,325.54** | **$228,986.18** | **$225,308.31** | **$225,308.31** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 2100-000 | N/A | 29,789.80 | 29,789.80 | 29,789.80 |
| Mark Weisbart | 2200-000 | N/A | 0.00 | 3,505.93 | 3,505.93 |
| Dohmeyer Valuation Corp | 3991-000 | N/A | 1,235.00 | 1,235.00 | 1,235.00 |
| RosenSystems, Inc. | 3991-000 | N/A | 500.00 | 500.00 | 500.00 |
| Lain, Faulkner & Co., P.C. | 3410-000 | N/A | 37,071.50 | 37,071.50 | 37,071.50 |
| Lain, Faulkner & Co., P.C. | 3420-000 | N/A | 781.88 | 781.88 | 781.88 |
| United States Trustee | 2950-000 | N/A | 6,500.00 | 6,500.00 | 6,500.00 |
| International Sureties, LTD. | 2300-000 | N/A | 4,801.00 | 4,801.00 | 4,801.00 |
| RESCUE MY PC | 2420-000 | N/A | 444.68 | 444.68 | 444.68 |
| First National Bank of Vinita | 2600-000 | N/A | 5,833.73 | 5,833.73 | 5,833.73 |
| Texas Capital Bank | 2600-000 | N/A | 11,599.65 | 11,599.65 | 11,599.65 |
| Mark Weisbart | 3110-000 | N/A | 151,250.50 | 151,250.50 | 151,250.50 |
| Mark Weisbart | 3120-000 | N/A | 9,370.18 | 9,370.18 | 9,370.18 |
| Hossein Fardi | 2690-720 | N/A | 2,649.54 | 0.00 | 0.00 |
| Texas Workforce Commission | 2690-730 | N/A | 8,058.13 | 8,058.13 | 1,050.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$269,885.59** | **$270,741.98** | **$263,734.05** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lindauer, Joyce W. | 6210-160 | N/A | 4,167.96 | 4,167.96 | 543.21 |
| Lindauer, Joyce W. | 6210-160 | N/A | 39,703.46 | 33,013.00 | 4,302.56 |
| How Frels Rohde Duke & Smith, P.C. | 6210-600 | N/A | 30,388.50 | 15,194.25 | 1,980.25 |
| United States Treasury | 6810-000 | N/A | 774.61 | 774.61 | 774.61 |
| United States Treasury | 6810-000 | N/A | 9,344.42 | 9,344.42 | 9,344.42 |
| Texas Workforce Commission | 6820-000 | N/A | 1,664.40 | 1,664.40 | 1,664.40 |
| BRE/DP TX LLC | 6920-000 | N/A | 56,596.77 | 56,596.77 | 7,376.19 |
| Altec Building Systems Corporation | 6950-000 | N/A | 45,000.00 | 45,000.00 | 5,864.79 |
| Sandy Fardi | 6950-000 | N/A | 2,649.54 | 2,649.54 | 345.31 |
| Ali Enrique Razavi | 6950-000 | N/A | 3,300.00 | 3,300.00 | 430.08 |
| Margaret (Xuemei) Zhu | 6950-001 | N/A | 1,900.00 | 1,900.00 | 247.62 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$195,489.66** | **$173,604.95** | **$32,873.44** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coastal Plains Power & Battery, LLC | 5800-000 | 0.00 | 8,880.14 | 8,880.14 | 8,880.14 |
| 1 | Texas Workforce Commission | 5800-000 | 13,657.57 | 17,873.23 | 17,873.23 | 0.00 |
| 4B | Department of the Treasury - Internal Revenue Service | 5800-000 | 0.00 | 116,439.76 | 116,439.76 | 0.00 |
| NOTFILED | Ali E. Razavi | 5800-000 | 6,366.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Carrollton-Farmers Branch | 5800-000 | 31,139.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Comptroller of Public Accts | 5800-000 | 195.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dallas County Tax Assessor | 5800-000 | 76,048.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Valwood Improvement Authority | 5800-000 | 19,168.46 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$146,576.06** | **$143,193.13** | **$143,193.13** | **$8,880.14** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4C | Department of the Treasury - Internal Revenue Service | 7100-000 | 0.00 | 30,298.06 | 30,298.06 | 0.00 |
| 5 | Toyota Motor Credit Corporation | 7100-000 | 0.00 | 1,803.21 | 1,803.21 | 0.00 |
| 6 | Toyota Motor Credit Corporation | 7100-000 | 0.00 | 3,078.88 | 3,078.88 | 0.00 |
| 7 | Renewable Sales, LLC | 7100-000 | 75,000.00 | 75,000.00 | 75,000.00 | 0.00 |
| 8 | PPG Industries, Inc. | 7100-000 | 88,655.00 | 85,655.47 | 85,655.47 | 0.00 |
| 9 | Freeman Expositions, Inc. | 7100-000 | 113.70 | 113.70 | 113.70 | 0.00 |
| 10 | FedEx TechConnect Inc | 7100-000 | 0.00 | 5,104.80 | 5,104.80 | 0.00 |
| 11 | Flexcon Company, Inc. | 7100-000 | 56,346.00 | 56,346.70 | 56,346.70 | 0.00 |
| 12 | Schletter Inc. | 7100-000 | 0.00 | 5,980.08 | 5,980.08 | 0.00 |
| 14 | Toyota Motor Credit Corporation | 7100-000 | 0.00 | 1,343.71 | 1,343.71 | 0.00 |
| 15 | Law Offices of Charles A. Gruen | 7100-000 | 0.00 | 3,746.64 | 3,746.64 | 0.00 |
| 16 | SAPA Extrusions North America | 7100-000 | 0.00 | 138,785.19 | 138,785.19 | 0.00 |
| 17 | Green Mountain Energy Company | 7100-000 | 11,940.65 | 11,940.65 | 11,940.65 | 0.00 |
| 19 | Landstar Ranqer. Inc. | 7100-000 | 0.00 | 4,100.00 | 4,100.00 | 0.00 |
| 20 | Solar Integrated Systems, LLC | 7100-000 | 0.00 | 1,724,417.69 | 1,724,417.69 | 0.00 |
| 21 | Renogy | 7100-000 | 234,096.00 | 244,596.00 | 244,596.00 | 0.00 |
| 22 | Pooya Afifian | 7100-000 | 0.00 | 40,000.00 | 40,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Houshang Afifian | 7100-000 | N/A | 641,300.00 | 641,300.00 | 0.00 |
| 24 | Direct Energy Business | 7100-000 | 6,570.00 | 15,383.55 | 15,383.55 | 0.00 |
| 25 | How Frels Rohde Duke & Smith, P.C. | 7100-000 | 167,532.00 | 167,532.00 | 167,532.00 | 0.00 |
| 26B | BRE/DP TX LLC | 7100-000 | 0.00 | 64,471.01 | 64,471.01 | 0.00 |
| 27 | JPM Energy, Inc. | 7100-000 | 132,517.00 | 615,625.00 | 615,625.00 | 0.00 |
| 28 | Talesun Solar USA Ltd. | 7100-000 | 209,946.00 | 199,946.00 | 199,946.00 | 0.00 |
| 29 | Michael E. Carnahan | 7100-000 | 0.00 | 75,000.00 | 75,000.00 | 0.00 |
| 30 | Aldinet Green S.L. | 7100-000 | 170,773.00 | 148,472.00 | 148,472.00 | 0.00 |
| 31 | Dallas County | 7100-000 | 0.00 | 9,392.75 | 0.00 | 0.00 |
| 32 | State of Texas-Office of the Attorney General | 7100-000 | N/A | 7,904,322.98 | 7,904,322.98 | 0.00 |
| 34 | SolarWorld | 7100-000 | 0.00 | 785,011.50 | 785,011.50 | 0.00 |
| 35 | SolarWorld | 7100-000 | 0.00 | 785,011.50 | 0.00 | 0.00 |
| 36 | Motech Industries, Inc. Science Park Branch | 7100-000 | 0.00 | 88,000.00 | 88,000.00 | 0.00 |
| 42 | SAPA Extrusions North America | 7100-000 | 0.00 | 138,785.19 | 138,785.19 | 0.00 |
| 43 | Renogy, LLC | 7100-000 | 0.00 | 244,596.00 | 244,596.00 | 0.00 |
| 44 | SKC, Inc. | 7100-000 | 59,785.00 | 57,286.14 | 57,286.14 | 0.00 |
| 45 | Hudson, Potts & Bernstein, LLP | 7100-000 | 0.00 | 5,935.25 | 5,935.25 | 0.00 |
| 46 | Morris & Hadley Inc dba Morris & Associates | 7100-000 | 0.00 | 10,368.75 | 0.00 | 0.00 |
| 47 | Schletter Inc. | 7100-000 | 5,980.00 | 5,980.08 | 5,980.08 | 0.00 |
| 48B | Altec Building Systems Corporation | 7100-000 | 0.00 | 45,000.00 | 45,000.00 | 0.00 |
| 49 | Uline Shipping Shipping Supplies | 7200-000 | 322.00 | 322.00 | 322.00 | 0.00 |
| 50 | Bank of the Ozarks | 7200-000 | 0.00 | 2,791.37 | 2,791.37 | 0.00 |
| NOTFILED | 1st Choice Packaging LLC | 7100-000 | 8,800.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ali E. Razavi | 7100-000 | 38,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Andy Totti | 7100-000 | 7,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT & T | 7100-000 | 549.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Axium Solar | 7100-000 | 114,267.77 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bama Freight | 7100-000 | 2,200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CBeyond | 7100-000 | 2,667.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Farmers Branch | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Community Waste Disposal | 7100-000 | 1,030.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DLS Worldwide | 7100-000 | 35,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Electro-Wise Dallas, Inc. | 7100-000 | 831.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fabrico Atlanta | 7100-000 | 162.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FedEx Freight | 7100-000 | 654.10 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FedEx Freight | 7100-000 | 1,240.37 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FedEx Freight | 7100-000 | 2,643.54 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FedEx Freight | 7100-000 | 498.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IndCor Properties, Inc. | 7100-000 | 68,215.23 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Intuit | 7100-000 | 7,305.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jan P. Christiansen | 7100-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Madico | 7100-000 | 28,689.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mahmoud Aminian | 7100-000 | 150,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MBT Systems Ltd. | 7100-000 | 38,893.89 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Monitronics | 7100-000 | 278.61 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Municipal Services Bureau | 7100-000 | 41.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NTTA | 7100-000 | 1,368.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NTTA | 7100-000 | 465.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SAPA Extrusions, LLC | 7100-000 | 38,565.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Schmalz Inc | 7100-000 | 2,937.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sigma Supply, Inc. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Solution + System, Inc. | 7100-000 | 387,645.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southbound Logistics | 7100-000 | 310.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SSNA, Inc. | 7100-000 | 3,648.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | State Auto Insurance Company | 7100-000 | 1,239.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UPS Supply Chain Solutions, Inc. | 7100-000 | 402.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Utica Deductible Recovery Group | 7100-000 | 939.48 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Utica National Insurance Group | 7100-000 | 2,780.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | VSSI | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | XPO Logistics | 7100-000 | 2,625.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,176,569.97** | **$14,442,843.85** | **$13,638,070.85** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

**Case Number:** 14-42187 BR
**Case Name:** 1SOLTECH, INC.

**Period Ending:** 03/09/21

**Trustee:** Mark A Weisbart
**Filed (f) or Converted (c):** 04/30/15 (c)
**§341(a) Meeting Date:** 06/05/15
**Claims Bar Date:** 09/14/15

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds from Chapter 11 Case (u) | 0.00 | 2,845.93 | | 2,845.93 | FA |
| 2 | AntiDumping Refund from Customs Border Protection (u) | 0.00 | 1,865.76 | | 1,865.76 | FA |
| 3 | (VOIDED) (u) | Unknown | 0.00 | | 0.00 | FA |
| 4 | GoDaddy Litigation Settlement (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 5 | 52 Acres on Rossland/Indian Creek Rd Gray, KY (u) | 120,000.00 | 120,000.00 | OA | 0.00 | FA |
| 6 | Bank of America 4755 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Bank of the Ozarks #4376 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Frost Bank #2799 | 1,660.00 | 0.00 | | 0.00 | FA |
| 9 | Toyota Motor Credit Corporation | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | BRE/DP TX LLC (u) | 24,281.14 | 0.00 | | 0.00 | FA |
| 11 | Solar Panels Plus A/R | 6,468.20 | 0.00 | | 0.00 | FA |
| 12 | Poso Outdoor A/R | 18,484.00 | 0.00 | | 0.00 | FA |
| 13 | Colorado Energy Experts A/R | 550.00 | 0.00 | | 0.00 | FA |
| 14 | Tactical Designs A/R | 767.90 | 0.00 | | 0.00 | FA |
| 15 | Seldon Energy A/R | 8,875.00 | 0.00 | | 0.00 | FA |
| 16 | A1 Energy A/R | 20,535.00 | 0.00 | | 0.00 | FA |
| 17 | 411 NRG A/R | 8,510.00 | 0.00 | | 0.00 | FA |
| 18 | Misc. Accounts Receivable | 7,000.00 | 500.00 | | 349.57 | FA |
| 19 | Potential cause of action against Evanston Insuran | Unknown | 0.00 | | 0.00 | FA |
| 20 | Potential Cause of action against Intertek (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Potential cause of action against Texas Attorney G | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case Number: | 14-42187 BR | Trustee: | Mark A Weisbart |
| --- | --- | --- | --- |
| Case Name: | 1SOLTECH, INC. | Filed (f) or Converted (c): | 04/30/15 (c) |
| | | §341(a) Meeting Date: | 06/05/15 |
| Period Ending: | 03/09/21 | Claims Bar Date: | 09/14/15 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Potential cause of action against Patricia Strandb | Unknown | 0.00 | | 0.00 | FA |
| 23 | Potential counterclaims against for former partner | Unknown | 0.00 | | 0.00 | FA |
| 24 | Texas Sales and Use Tax Permit | 0.00 | 0.00 | | 0.00 | FA |
| 25 | City of Farmers Branch Certificate of Occupancy | 0.00 | 0.00 | | 0.00 | FA |
| 26 | City of Farmers Branch Sign Permit | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Intertek Authorization (u) | Unknown | 0.00 | | 0.00 | FA |
| 28 | List of established customers, Supply contracts (u) | Unknown | 0.00 | | 0.00 | FA |
| 29 | 2011 Toyota Tundra | 14,000.00 | 0.00 | OA | 0.00 | FA |
| 30 | 2011 Toyota Tundra | 14,000.00 | 0.00 | OA | 0.00 | FA |
| 31 | Misc. Office furnishings, computer and software | 8,000.00 | 0.00 | | 0.00 | FA |
| 32 | Toyota Forklift | 3,500.00 | 0.00 | | 0.00 | FA |
| 33 | Exhibit B-30 Equipment List (u) | 300,000.00 | 502,000.00 | | 502,000.00 | FA |
| 34 | Miscellaneous Inventory (u) | 20,000.00 | 0.00 | | 0.00 | FA |
| 35 | Equipment receipts, process set-up, product design (u) | Unknown | 0.00 | | 0.00 | FA |
| 36 | (VOIDED) (u) | Unknown | Unknown | | 0.00 | FA |
| 37 | Litigation Claims (u) | 0.00 | 25,000.00 | | 16,234.68 | FA |
| 38 | Remnant Assets (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$579,631.24** | **$659,711.69** | | **$530,795.94** | **$0.00** |

**Major activities affecting case closing:**

**Initial Projected Date of Final Report (TFR):** June 30, 2017        **Current Projected Date of Final Report (TFR):** April 30, 2020 (Actual)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 3

| March 09, 2021 | /s/ Mark A Weisbart |
|---|---|
| Date | Mark A Weisbart |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
|---|---|---|---|---|
| Case Name: | 1SOLTECH, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account: | ****2991 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/15 | Asset #33 | Coastal Plains Power and Battery LLC | Deposit for Sale of Assets | 1229-000 | 20,000.00 | | 20,000.00 |
| 05/21/15 | Asset #18 | Lejasco Energy LLC | Accounts Receivable | 1121-000 | 56.81 | | 20,056.81 |
| 06/01/15 | Asset #1 | Mark A. Weisbart | Ch 11 Funds to Ch 7 Account | 1229-000 | 2,845.93 | | 22,902.74 |
| 06/04/15 | | Mark A. Weisbart | Deposit for Sale of Assets | 8500-002 | | -20,000.00 | 42,902.74 |
| 06/04/15 | Asset #33 | Mark A. Weisbart | Purchase of Assets | 1229-000 | 482,000.00 | | 524,902.74 |
| 06/04/15 | 1000 | Vasari Energy | Refund of Deposit | 8500-002 | | 20,000.00 | 504,902.74 |
| 06/05/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 504,892.74 |
| 06/15/15 | 10001 | International Sureties, LTD. | Trustee BondBond #016052693 | 2300-000 | | 1,313.00 | 503,579.74 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 468.80 | 503,110.94 |
| 07/29/15 | 10002 | United States Treasury | EIN 26-3167707 Form 940  2014/2015 | 6810-000 | | 774.61 | 502,336.33 |
| 07/29/15 | 10003 | United States Treasury | 26-3167707  Form 941  2nd Qtr 2015 | 6810-000 | | 9,344.42 | 492,991.91 |
| 07/29/15 | 10004 | Texas Workforce Commission | Acct No. 12-438802-3EIN 26-3167707 | 6820-000 | | 1,664.40 | 491,327.51 |
| 08/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 534.22 | 490,793.29 |
| 09/08/15 | Asset #2 | United States Treasury | AntiDumping Refund from Customs | 1229-000 | 1,865.76 | | 492,659.05 |
| 09/08/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 523.12 | 492,135.93 |

Case 14-42187    Doc 422    Filed 05/27/21    Entered 05/27/21 18:01:38    Desc Main
Document      Page 12 of 19

Form 2

## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
| --- | --- | --- | --- | --- |
| Case Name: | 1SOLTECH, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account: | ****2991 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/29/15 | Asset #18 | Lejasco Energy LLC | Accounts Receivable | 1121-000 | 42.30 | | 492,178.23 |
| 10/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 505.30 | 491,672.93 |
| 10/15/15 | 10005 | Carrollton-Farmers Branch ISD | Pre-Petition Taxes Due | 4800-000 | | 31,246.63 | 460,426.30 |
| 10/15/15 | 10006 | Valwood Improvement Authority | Pre-Petition Taxes Due | 4800-000 | | 19,168.46 | 441,257.84 |
| 10/15/15 | 10007 | Dallas County | Pre-Petition Taxes Due | 4800-000 | | 82,893.22 | 358,364.62 |
| 10/16/15 | Asset #18 | Citibank | Accounts Receivable | 1121-000 | 26.98 | | 358,391.60 |
| 11/06/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 499.72 | 357,891.88 |
| 11/19/15 | Asset #18 | Lejasco Energy LLC | Accounts Receivable | 1121-000 | 34.42 | | 357,926.30 |
| 12/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 369.77 | 357,556.53 |
| 01/08/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 379.67 | 357,176.86 |
| 01/13/16 | 10008 | Coastal Plains Power & Battery, LLC | 2015 Prorata Ad Valorem Taxes | 5800-000 | | 8,880.14 | 348,296.72 |
| 01/21/16 | 10009 | RosenSystems, Inc. | Tax Allocation Services | 3991-000 | | 500.00 | 347,796.72 |
| 02/05/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 377.05 | 347,419.67 |
| 02/10/16 | 10010 | Rescue My PC | Invoice No. 306 | 2420-000 | | 444.68 | 346,974.99 |
| 03/07/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 344.91 | 346,630.08 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
|---|---|---|---|---|
| Case Name: | 1SOLTECH, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account: | ****2991 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/16 | Asset #18 | Lejasco Energy LLC | Accounts Receivable | 1121-000 | 8.87 | | 346,638.95 |
| 03/24/16 | Asset #4 | Ring Bender McKown & Castillo LLP | GoDaddy Litigation Settlement | 1249-000 | 2,500.00 | | 349,138.95 |
| 04/07/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 368.67 | 348,770.28 |
| 04/21/16 | 10011 | International Sureties, LTD. | Bond #016052693 | 2300-000 | | 816.00 | 347,954.28 |
| 05/06/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 358.26 | 347,596.02 |
| 06/07/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 369.08 | 347,226.94 |
| 07/08/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 356.82 | 346,870.12 |
| 07/25/16 | Asset #18 | Lejasco Energy LLC | Accounts Receivable | 1121-000 | 9.25 | | 346,879.37 |
| 08/05/16 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 368.34 | 346,511.03 |
| 09/06/16 | | Transfer to Texas Capital Bank | | 9999-000 | | 346,511.03 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 509,390.32 | 509,390.32 | $0.00 |
| Less: Bank Transfers | | 0.00 | 346,511.03 | |
| **Subtotal** | | 509,390.32 | 162,879.29 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$509,390.32** | **$162,879.29** | |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
| --- | --- | --- | --- | --- |
| Case Name: | 1SOLTECH, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******9957 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/06/16 | | Transfer from FNB of Vinita | | 9999-000 | 346,511.03 | | 346,511.03 |
| 10/03/16 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 403.47 | 346,107.56 |
| 11/03/16 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 483.64 | 345,623.92 |
| 12/05/16 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 482.97 | 345,140.95 |
| 01/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 482.34 | 344,658.61 |
| 02/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 481.62 | 344,176.99 |
| 03/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 480.95 | 343,696.04 |
| 04/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 480.28 | 343,215.76 |
| 04/05/17 | Asset #18 | Lejasco Energy LLC | Accounts Receivable | 1121-000 | 17.68 | | 343,233.44 |
| 05/03/17 | 52001 | International Sureties, LTD. | Bond #016052693 | 2300-000 | | 875.00 | 342,358.44 |
| 05/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 479.63 | 341,878.81 |
| 05/24/17 | Asset #37 | Madico, Inc. | Settlement of Litigation Claim | 1241-000 | 5,000.00 | | 346,878.81 |
| 06/05/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 479.86 | 346,398.95 |
| 07/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 484.10 | 345,914.85 |
| 07/27/17 | Asset #37 | SKC, Inc. | Settlement of Litigation Claim | 1241-000 | 4,234.68 | | 350,149.53 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
|---|---|---|---|---|
| Case Name: | 1SOLTECH, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******9957 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 484.33 | 349,665.20 |
| 08/10/17 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 16.87 | | 349,682.07 |
| 09/05/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 488.63 | 349,193.44 |
| 10/04/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 488.01 | 348,705.43 |
| 10/17/17 | 52002 | INTERNATIONAL SURETIES, LTD. | Bond #016052693 | 2300-000 | | 11.00 | 348,694.43 |
| 10/18/17 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 15.03 | | 348,709.46 |
| 11/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 487.30 | 348,222.16 |
| 12/04/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 486.60 | 347,735.56 |
| 01/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 485.94 | 347,249.62 |
| 01/09/18 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 11.96 | | 347,261.58 |
| 02/05/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 485.25 | 346,776.33 |
| 02/27/18 | Asset #37 | First Sunergy | Incoming Wire - Settlement of Litigation (Initial Payment) | 1241-000 | 5,000.00 | | 351,776.33 |
| 03/05/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 485.13 | 351,291.20 |
| 03/21/18 | Asset #37 | First Sunergy | Incoming Wire - Settlement of Litigation (Final Payment) | 1241-000 | 2,000.00 | | 353,291.20 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 6

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
|---|---|---|---|---|
| Case Name: | 1SOLTECH, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******9957 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Receipts $ | 7<br>Disbursements $ | 8<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 491.92 | 352,799.28 |
| 04/10/18 | 52003 | International Sureties, LTD. | Trustee Bond #016052693 | 2300-000 | | 888.00 | 351,911.28 |
| 04/11/18 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 19.23 | | 351,930.51 |
| 05/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 492.40 | 351,438.11 |
| 05/14/18 | Asset #38 | Oak Point Partners, Inc. | Purchase of Remnant Assets | 1229-000 | 5,000.00 | | 356,438.11 |
| 06/04/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 495.15 | 355,942.96 |
| 07/03/18 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 12.95 | | 355,955.91 |
| 07/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 497.41 | 355,458.50 |
| 07/25/18 | 52004 | International Sureties, LTD. | Bond #016052693 | 2300-000 | | 5.00 | 355,453.50 |
| 08/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 496.71 | 354,956.79 |
| 09/04/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 496.01 | 354,460.78 |
| 10/16/18 | 52005 | Dohmeyer Valuation Corp | Valuation Expert Fees | 3991-000 | | 1,235.00 | 353,225.78 |
| 10/22/18 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 17.53 | | 353,243.31 |
| 01/08/19 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 25.64 | | 353,268.95 |
| 04/09/19 | 52006 | International Sureties, LTD. | Bond #016052693 | 2300-000 | | 893.00 | 352,375.95 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 7

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
|---|---|---|---|---|
| Case Name: | 1SOLTECH, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******9957 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/19 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 14.92 | | 352,390.87 |
| 07/03/19 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 9.71 | | 352,400.58 |
| 10/09/19 | Asset #18 | LEJASCO ENERGY LLC | Accounts Receivable | 1121-000 | 9.42 | | 352,410.00 |
| 11/12/19 | 52007 | Internal Revenue Service | Secured Claim #4 (per order dkt #367} | 4300-000 | | 92,000.00 | 260,410.00 |
| 12/12/19 | 52008 | Lain, Faulkner & Co., P.C. | Accountant Fees & Expenses | | | 37,853.38 | 222,556.62 |
| 12/12/19 | | | Accountant Expenses       781.88 | 3420-000 | | | 222,556.62 |
| 12/12/19 | | | Accountant Fees       37,071.50 | 3410-000 | | | 222,556.62 |
| 03/17/20 | 52009 | Mark Weisbart | Attorney for Trustee Fees & Expenses | | | 160,620.68 | 61,935.94 |
| 03/17/20 | | | 9,370.18 | 3120-000 | | | 61,935.94 |
| 03/17/20 | | | 151,250.50 | 3110-000 | | | 61,935.94 |
| 06/10/20 | 52010 | Mark Weisbart | Trustee's Compensation | 2100-000 | | 29,789.80 | 32,146.14 |
| 06/10/20 | 52011 | Mark Weisbart | Trustee Expenses | 2200-000 | | 3,505.93 | 28,640.21 |
| 06/10/20 | 52012 | Lindauer, Joyce W. | Counsel For Debtor Fees | 6210-160 | | 4,302.56 | 24,337.65 |
| 06/10/20 | 52013 | Lindauer, Joyce W. | Counsel For Debtor Expenses | 6210-160 | | 543.21 | 23,794.44 |
| 06/10/20 | 52014 | How Frels Rohde Duke & Smith, P.C. | | 6210-600 | | 1,980.25 | 21,814.19 |
| 06/10/20 | 52015 | BRE/DP TX LLC | Stopped on 08/21/2020 | 6920-004 | | 7,376.19 | 14,438.00 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 8

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
| --- | --- | --- | --- | --- |
| Case Name: | 1SOLTECH, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******9957 - Checking Account |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/20 | 52016 | Ali Enrique Razavi | | 6950-000 | | 430.08 | 14,007.92 |
| 06/10/20 | 52017 | Sandy Fardi | Acct # 7707; Stopped on 08/21/2020 | 6950-004 | | 345.31 | 13,662.61 |
| 06/10/20 | 52018 | United States Trustee | Acct # 2187 | 2950-000 | | 6,500.00 | 7,162.61 |
| 06/10/20 | 52019 | Margaret (Xuemei) Zhu | Stopped on 08/21/2020 | 6950-004 | | 247.62 | 6,914.99 |
| 06/10/20 | 52020 | Texas Workforce Commission | | 2690-730 | | 1,050.20 | 5,864.79 |
| 06/10/20 | 52021 | Altec Building Systems Corporation | | 6950-000 | | 5,864.79 | 0.00 |
| 08/21/20 | 52015 | BRE/DP TX LLC | Stopped: Check issued on 06/10/2020 | 6920-004 | | -7,376.19 | 7,376.19 |
| 08/21/20 | 52017 | Sandy Fardi | Acct # 7707; Stopped: Check issued on 06/10/2020 | 6950-004 | | -345.31 | 7,721.50 |
| 08/21/20 | 52019 | Margaret (Xuemei) Zhu | Stopped: Check issued on 06/10/2020 | 6950-004 | | -247.62 | 7,969.12 |
| 08/21/20 | | Estate of 1Soltech, Inc. | Transfer balance to account ending 6792 | 9999-000 | | 7,969.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 367,916.65 | 367,916.65 | $0.00 |
| | | | Less: Bank Transfers | | 346,511.03 | 7,969.12 | |
| | | | **Subtotal** | | 21,405.62 | 359,947.53 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,405.62** | **$359,947.53** | |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 9

| Case Number: | 14-42187 BR | | Trustee: | Mark A Weisbart |
|---|---|---|---|---|
| Case Name: | 1SOLTECH, INC. | | Bank Name: | Signature Bank |
| | | | Account: | ******6792 - Checking |
| Taxpayer ID#: | **-***7707 | | Blanket Bond: | N/A |
| Period Ending: | 03/09/21 | | Separate Bond: | 357,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/20 | | Texas Capital Bank | Outstanding Check Funds from Texas Capital to be Redistributed to Creditor(s) | 9999-000 | 7,969.12 | | 7,969.12 |
| 11/04/20 | 1001 | BRE/DP TX LLC | Claim #26A - Reissue Stale Check | 6920-000 | | 7,376.19 | 592.93 |
| 11/04/20 | 1002 | Sandy Fardi | Claim #37 - Reissue Stale Check | 6950-000 | | 345.31 | 247.62 |
| 11/04/20 | 1003 | Margaret (Xuemei) Zhu | Claim #40 - Reissue Stale Check; Stopped on 02/02/2021 | 6950-004 | | 247.62 | 0.00 |
| 02/02/21 | 1003 | Margaret (Xuemei) Zhu | Claim #40 - Reissue Stale Check; Stopped: Check issued on 11/04/2020 | 6950-004 | | -247.62 | 247.62 |
| 02/05/21 | 1004 | Clerk of the U.S. Bankruptcy Court | Claim #40 - Unclaimed Funds | 2700-001 | | 247.62 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,969.12 | 7,969.12 | $0.00 |
| Less: Bank Transfers | | 7,969.12 | 0.00 | |
| **Subtotal** | | 0.00 | 7,969.12 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$7,969.12** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6792** | 0.00 | 7,969.12 | 0.00 |
| **Checking # ******9957** | 21,405.62 | 359,947.53 | 0.00 |
| **Checking # ****2991** | 509,390.32 | 162,879.29 | 0.00 |
| | $530,795.94 | $530,795.94 | $0.00 |